No. 04-01-00143-CR


Hector NAVARRO,

Appellant


v.


The STATE of Texas,

Appellee


From the 175th Judicial District Court, Bexar County, Texas

Trial Court No. 2000-CR-3991-C

Honorable Mary Roman, Judge Presiding



PER CURIAM

 

Sitting: Alma L. López, Justice

 Catherine Stone, Justice

 Paul W. Green, Justice



Delivered and Filed: April 25, 2001


DISMISSED


 The appellant has filed a motion to dismiss this appeal. The motion is granted, and the appeal
is dismissed. See Tex. R. App. P. 42.2(a).

 PER CURIAM

DO NOT PUBLISH